UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 87-CR-00207-GAYLES/GOODMAN

UNITED STATES OF AMERICA

v.

MARC FIELDSTONE,

    Defendant.
_____/

# **ORDER**

**THIS CAUSE** comes before the Court on Defendant Marc Fieldstone's Motion to Vacate Conviction and Sentence, [ECF No. 185], and request for a hearing, [ECF Nos. 190, 191] (collectively, the "Motions"). The Motions were referred to Chief Magistrate Judge Jonathan Goodman for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 189]. On December 18, 2024, Judge Goodman issued his report recommending that the Defendant's Motions be denied (the "Report"). [ECF No. 195]. The Defendant timely objected to the Report. [ECF No. 197].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

After a de novo review, the Court agrees with Judge Goodman's well-reasoned analysis and conclusion that the Defendant's Motion to Vacate Conviction and Sentence and request for a hearing should be denied.

### CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Goodman's Report and Recommendation, [ECF No. 195], is **ADOPTED in full**;

(2) The Defendant's Motion to Vacate Conviction and Sentence [ECF No. 185] is **DENIED.**

(3) The Defendant's request for a hearing [ECF Nos. 190, 191] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of January, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE